UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GAMEUNIVERSE, LLC,

                        Plaintiff,                          25-cv-5607 (LTS)

          -against-                                         CIVIL JUDGMENT

UNITED STATES OF AMERICA,

                        Defendant.

For the reasons stated in the February 17, 2026 order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:    February 18, 2026
           New York, New York

                                         /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                       Chief United States District Judge